Michael Avanesian, Esq. (SBN 278685)
**JT LEGAL GROUP, APC**
801 N. Brand Blvd., Suite 1130
Glendale, California 91203
Tel: 818.745.1594 | Fax: 747.444.2369
michael@jtlegalgroup.com

Attorneys for Debtor,
James Michael Bradley, Jr.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>JAMES MICHAEL BRADLEY, JR.<br><br>Debtor. | Case No.: 18-25406<br><br>Chapter 13<br><br>*Assigned to Hon. Michael S. McManus, United States Bankruptcy Judge*<br><br>**DECLARATION OF MICHAEL AVANESIAN, ESQ. IN SUPPORT OF MOTION TO VOLUNTARY CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13**<br><br>Date: October 15, 2018<br>Time: 10:00 a.m.<br>Ctrm: 28 |

**DECLARATION OF MICHAEL AVANESIAN, ESQ.**

I, Michael Avanesian, declare:

1. I am an attorney at law duly licensed to practice before the Courts of this State and the United States Bankruptcy Court for the Eastern District of California.

2. I am the managing partner of JT Legal Group APC, attorney of record for the Debtor James Michael Bradley, Jr. ("Debtor").

1

3. I make this Declaration in support of the Debtor's Motion to Voluntarily Convert Chapter 7 Case to Chapter 13.
4. Each of the facts stated in this Declaration are personally known to me and if required to do so I could and would competently testify thereto.
5. The Debtor intended to file a Chapter 13 case with this Court on August 28, 2018; however, through inadvertence and mistake the incorrect box was checked on Petition form that was electronically filed with this Court resulting in the commencement of a Chapter 7 case instead of a Chapter 13 case. I apologize to the Court for this inadvertent error. It is the Debtor's desire that this case be immediately converted to a Chapter 13 case so that he can propose a Chapter 13 Plan of Reorganization that will enable him to cure the arrearages on his home loan.
6. There are no other motions pending with this Court seeking to convert this case or to dismiss this case with prejudice.
7. In view of the foregoing I respectfully request the Court to grant this Ex Parte Motion and to enter its Order Converting this case to a Chapter 13 case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 4th day of September, 2018 at Glendale, California.

*/s/ Michael A.*

MICHAEL AVANESIAN

## PROOF OF SERVICE

I am over 18 years of age and am not a party to this action. I am employed in the City of Glendale, County of Los Angeles, State of California. My business address is 801 N. Brand Blvd., Ste. 1130, Glendale, California 91203.

I served a true copy of the attached document(s) on the person(s) listed below and on the attached mailing list by placing a true copy, enclosed in a sealed envelope for collection and mailing, on the date shown below, and at the business address shown above, following our ordinary business practices. I am familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business, with the United States Postal Service with postage fully paid.

**DATE OF DEPOSIT:** September 4, 2018

**EXACT TITLE OF DOCUMENTS SERVED:** Declaration of Michael Avanesian In Support of Motion to Voluntarily Convert Case From Chapter 7 to Chapter 13

**ADDRESSED AS FOLLOWS:**

| | |
|---|---|
| Eric J. Nims | U.S. Trustee |
| Trustee | (Electronically Served) |
| (Electronically Served) | |

MAILING LIST ATTACHED

I declare under penalty of perjury under the laws of the United States of America, That the foregoing is true and correct, this 4th day of September, 2018 in the City of Glendale, in the State of California.

/s/ Thomas Kent
Thomas Kent

## MAILING LIST

In re James Michael Bradley, Jr.

USBC Case No. 18-25406

Capital One Auto Finance
AIS Portfolio Services, LP
Acct: XXXXXxx7673
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK   73118

Cenlar Federal Savings Bank
P.O. Box 77409
Trenton, N.J.   08618

Prestige Default Services
1920 Old Tustin Avenue
Santa Ana, California   92705